IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO.** |
| | ) | **11-00152-CB** |
| **VICTOR HUGO SERMENO,** | ) | **CIVIL NO.** |
| | ) | **14-00391-CB** |
| **Petitioner/Defendant** | ) | |

**FINAL JUDGMENT**

Pursuant to separate order entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 be and hereby is **DENIED**.

**DONE** and **ORDERED** this the 2nd day of March, 2015.

s/Charles R. Butler, Jr.
**Senior United States District Judge**